BATAVIA TIMES PUBLISHING COMPANY, Respondent, *v.* GARRY J. FURY, Appellant.

Argued April 16, 1940; decided May 21, 1940.

*Garry J. Fury,* appellant, in person.
*William J. Darch* for respondent.

Judgment affirmed, with costs. Appeal from order of Appellate Division affirming order of the Supreme Court entered on January 9, 1939, dismissed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.